FILED

St. Nehemiah, I. David mohammed
21863-Vallejo Street, Room #8-B
Hayward, California 94541-2523
(510)538-3811 & (510)538-7032
IN Pro. Per.

'07 SEP 10 AM 3:37

United States District Court

Northern District of California

| | |
|---|---|
| St. Nehemiah, David mohammed, et-al. | Case # SBA C07-04426 |
| Plaintiff | Motion for An Order Changing Name Notice |
| -vs- | |
| Luther Carlos Harris, et. al.; | |
| Defendant | |
| | Hearing 9:30 Am Place: Courtroom F, 15th Floor Judge James Larson, Magistrate |

-oOo-

NOTICE and motion for an Order Changing Plaintiff's name from David Nehemiah

-1-

mohammed III, to DAVID mohammed Nehemiah I.
    a.k.a. St. Nehemiah
    a.k.a. King DAVID
    a.k.a. minister mohammed
        -oOo-

I declare under penalty of perjury that the above is true and correct, in accordance with the Holy Bible and our Holy Quran.

Dated: 8/31/07
Time: 5:33 am
Place: Hospital

By:
St. Nehemiah I.
St. Nehemiah I.
Plaintiff/movant

-2-

From: The Clerks Office
U.S. District Court
450- Golden Gate Avenue
San Francisco, Ca. 94102

Return to Plaintiff

To: St. Nehemiah David Mohammed III
2,863- Vallejo Street, Room #8-B
Hayward, California 94541-2523