RECEIVED

SEP 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court

Northern District of California

| | |
|---|---|
| St. Nehemiah D. Mohammed<br><br>Plantift<br><br>-VS-<br><br>Luther Carlos Harris, et. al.;<br><br>Defendant | NO. C07-04426-JL<br><br>Name Change<br>Order or Decree |

IT IS HEREBY ORDER that this matter is assigned to the Honorable James Larson, the plaintiff filed a motion for an Order Changing his name from David Nehemiah Mohammed III, to St. Nehemiah, I., DAVID mohammed III DAVID mohammed Nehemiah], and came on for a hearing.

IT IS FURTHER ORDERED that this name Change Order or decree is Considered and it is Granted

magistrate Judge

James Larson Judge