```
 1.   St. Nehemiah, DAvid mohammed III;
 2.   21863-Vallejo Street, Room #8-B          FILED
 3.   Hayward, California 94541
 4.   (510) 538-3811, + (510) 538-7032         SEP 1 1 2007
 5.   IN Pro. Per                              RICHARD W. WIEKING
 6.                                            CLERK, U.S. DISTRICT COURT
 7.                                            NORTHERN DISTRICT OF CALIFORNIA
                                                        OAKLAND
 8.           United States District Court
 9.
10.          Northern District of California
11.
12.
13.   St. Nehemiah, D. Mohammed,              ADR
14.   Christ Jesus + father, God              Case# C07-04426 JL
15.   Deborah Marie, Davis daughter
16.
17.                    Plaintiffs.            Request Copies
18.                                           of forms with-
19.         -VS-                              out Charge
20.
21.   Luther Carlos Harris, et.al.
22.
23.                    Defendants
24.
25.
26.      Plaintiff request the Court Clerk to
27.   send him forms from the forms Cabinet
28.   upon this written request accompanied
```

-1-

1. by an appropriate SRE, Stamped, self-addressed envelope for return
2. In addition, copies of the Local Rules may be obtained at no charge... in the Clerk's Office or by sending a written request, along with a self-addressed 10"x14" ream envelope, Stamped with $3.95 postage to: Clerk, U.S. District Court, 450 Golden Gate Avenue, 16th floor, San Francisco, Ca. 94102.

Sincerely

David N. Mohammed III

Plaintiff In Pro. Per.

—oOo—



TO: The Clerk's Office
U.S. District Court
450-Golden Gate Avenue
San Francisco, Ca. 94102

IN GOD (WHOM) WE TRUST

OK