```
 1.   St. Nehemiah Church of God              FILED
 2.   (Allah) in Christ
 3.   21863 - Vallejo St. #8-B                SEP 1 1 2007
 4.   Hayward, California 94541               RICHARD W. WIEKING
 5.   (510) 538-3811 + (510) 538-7032         CLERK, U.S. DISTRICT COURT
 6.       Representing Jesus                  NORTHERN DISTRICT OF CALIFORNIA
 7.   Christ in Pro. Per.                            OAKLAND
 8.
 9.              United States District Court
10.
11.            Northern District of California
12.
13.
14.   St. Nehemiah, David Mohammed
15.                                      | No. C07-04426-JL
16.                       Plaintiffs      |
17.                                      | The Slave-
18.           - vs -                      | master passed
19.   George W. Bush, U.S. President      | laws limiting
20.   et. al.,                            | the Negro land
21.                       Defendants      | ownership
22.
23.                  -oOo-
24.      Pursuant to the Civil Rights complaint
25.   on file with this Court. Plaintiff state that:
26.   Robert H. Kinzer and Edward Sagarin
27.   in their book "The Negro in American Business"
28.   (page 81)
```

-1-

1. States that the history of America
2. would be different today if the slaves
3. freed from bondage had been given, in
4. addition to the three Amendments to the
5. Constitution, the famous "Forty Acres and
6. a mule."
7.     The Negro Slaves instead started not
8. only without land and money to purchase
9. it but with few avenues open to earn and
10. save money.
11.     Ownership of producing land is a
12. prime and neccessary part of freedom.
13. We as a people cannot exist freely with-
14. out land, and the so-called Negro here in
15. America is evident of that fact.
16.     The white slave-master (George W.
17. Bush) passed laws limiting the so-called
18. Black Negro in land ownership or limiting
19. the areas in which such purchase or even
20. rentals could be made.
21. Again, Mr. Kinzer and Mr. Sagarin gave
22. a hint in their book of the great psychol-
23. ogical strategy of the slave-master on his
24. slave – that is the original brainwash.
25.     On page 84, the authors state that the
26. land sole to the ex-slave was of poor
27. quality and in inferior location. Said authors
28. states that the so-called Black Slave Negro

faced pressure against his becoming a farm owner and pressure from the white executives from whom the loans ~~additionship~~ must be asked.

Mr. President, all of this is part of white America's clever plan to discourage my Black people from wanting to own producing land for themselves as other free and independent people.

It is a shame! Sir. This shows you and the plaintiff what white America is to us and just why we have not been able to do anything worthwhile for our self. You, Mr. President and your white race want us Black people to be helpless so you can go on mistreating us as always.

~~produce~~ We want Mr. President defendant good productive land, not earth that is scorched but land that will produce crops and hold foundations for structures.

Finally, today, according to Allah's word, we are living in a time of great separation of whites and Blacks. The prophecy — 400 years of slavery — as the time the so-called Negros would serve white people ended in 1955.

I declare under penalty of perjury that the above statement is true.

By
St. Nehemiah I.

-3-



St. Nehemiah Church
of God (Allah) in Christ
21863-Vallejo St, #8-B
Hayward, Calif. 94541-2523

Case # C07-04426-JL
Read Matthew, 18:19
"IN GOD (Allah) WE TRUST"

OAKLAND CA 945
07 SEP 2007 PM 7 T

To: Clerk, U.S. District Court
450-Golden Gate Avenue, Room 16-1120
San Francisco, Calif. 94102-3489

RECEIVED
SEP 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA