FILED

07 SEP 12 PM 1:13



JL

1. St. Nehemiah I. Church of
2. God (Allah) in Christ
3. 21863 - Vallejo Street #8-B
4. Hayward, Calif. 94541-2523
5. (510) 538-3811, + (510) 538-7032
6.     Representing Jesus
7. Christ in Pro. Per.
8.
9.
10.       United States District Court
11.       Universal Supreme Court in Heaven
12.       Northern District of California
13.
14. St. Nehemiah I., David Mohammed et. al.;    No. C07-04426JL
15. Jesus Christ + Father God, and
16. Deborah Marie Davis,     Plaintiffs.    "Request
17.        - VS -        under the
18.               Freedom of
19. Luther Carlos Harris (Killer)     Information
20. George W. Bush, U.S. President    Act"
21. George T. Hart, Former O.P.D Chief
22. George Nicholson, former Deputy
23. District Attorney of Alameda County
24. John Doe 1-17 and Rose Marie
25. Baltizar (Davis) Harris, + District
26. Attorney Office of Alameda County,
27.               Defendants
28.

"Prayer/Decree"
-oOo-

Under the freedom of Information Act, Plaintiff
Pray as it is Ordered from God (Allah) that the
following defendants provide the forgoing infor-
mation without cost, to wit:
-oOo-

(a.) Mr. Sheriff of Alamed County Jail, your
reason for keeping my personal property
(1.) the address of Defendant Luther Carlos
Harris in 1973 when he was an inmate at Santa
Jail and information regarding Ben Powell being
held as a federal prisoner from Lompoc California,
-oOo-

(b.) Mr. Howard Jordan, Assistain Chief of
Oakland Police Department. In the early
1970's my earth brother Mr. James F. Davis and
his beloved wife, Mrs. Johnny Davis were murdered
while sleeping in bed. I have information according
to G.G. that Freddy Pain, Chill, Red and Rosy
Ziggler Killed my brother and his wife over a
drug deal gone bad, send me all information and reports,
(2.) the State prison system the above named
Killers, are in, Address and number.
the address of Mr. Devitt, David Killed by the
devil, defendant Luther Carlos Harris and his
partners in that Crime, address of next of Kin
name, City, State and telephone number.

(C.) Defendant, Alameda County District Attorneys Office, please provide me with the name, address, state and telephone number of your former deputy District Attorney George Nicholson in or about march 1974, and beyond,

(3.) The name (correct spelling) of my Public Defender Robert Belis in 1973, his address, state of residence, and telephone number, and the trial transcript.

(4.) The present name of my x-wife Rose marie Baltizar (Davis) Harris her address, city, state and telephone number,

(5.) The full name of my (Our) daughter Deborah marie Davis, her present address, city state, and phone number. from our old address at 1001 90th Avenue in the city of East Oakland.

—0O0—

I declare under penalty of perjury that the above information is true and correct.

Dated: 9/9/07
Time: 7:50 pm
Place: Hospital

By St. nehemiah I.
~~David Nehemiah~~ mohammed
Plaintiff / Requester

—0O0—

—3—