United States District Court
Northern District of California

"Proof of Service" C07-04426-JL
By Mail)  SBA

1.
2.  On the 11th day of September 2007, I
3.  mailed a copy of the (1.)"Request under the
4.  Freedom of Information Act," (2.)"Second
5.  (2nd) in a Series of letters to Defendant
6.  George W. Bush" (3.) "Divine Prayer Request
7.  to our Lord God Jesus Christ" on
8.  No. C07-04426-JL
9.  (1.) The original to the Clerk of the U.S.
10.     District Court, 450 Golden Gate Ave.
11. San Francisco, California 94102;
12.             -oOo-
13.  (2.) Defendant George W. Bush, President
14.       of the United States of America, at
15. the White House, Washington, D.C. Phone
16. (212) 456-1414,
17.             -oOo-
18.  (3.) Defendant, George T. Hart, O.P.D. Chief
19.       c/o Assistant Chief Howard Jordan of
20. the Oakland Police Department, 450 7th St.
21. Oakland, California 94612, (8th & Broadway)
22.    by putting them in a Pre-paid self
23. Address envelope and droped in the mail basket
24. at St. Therese Conv. Hospital, 21863-Vallejo(8-B)St.
25. Hayward, California 94541-2523. By Truly
26.                           St. Nehemiah I., D. Mohammed
27.                           Plaintiff / Son of GOD.
28.

-oOo-
-i-

Proof of service
By mail

Continued from -i-

(4)(4th) Contn in a series of letters to the Defendant George W. Bush

-oOo-