St. Nehemiah Church of
God (Allah) in Jesus Christ
21863- Vallejo St. # 8-B
Hayward, Ca. 94541-2523
(510) 538-3811 + (510) 538-7032
   Representing Jesus Christ
in Pro. Per.

*No. C07-04426-JC SBA
Status Report

Dear Court Clerk;

   I sent a number of legal pappers to the Court for filing. I have not received information that they had been received. Could it be that I only sent the original and not two copies.

   Please send me a list of all of my documents, to wit Status Report. If it would please the Court, make copies of those pappers and I would pay such cost.

               Sincerely
               St. Nehemiah, D. Muhammad
               Plaintiff

RECEIVED
07 SEP 13 PM 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



Minister Mohammed Temple of God (Allah) in Jesus Christ
21863-Vallejo St. #8-B
Hayward, Calif. 94541-2523

IN God (Allah) WE TRUST - IN Jesus Name - Hol-(Ghost) Spirit-ties(Ashogry)

OAKLAND CA 946
15 AUGUST 2012-17
matthew 18:19

C07-04426-JL

TO: The Clerk, U.S. District Court, 450 Golden Gate Ave.
San Francisco, Calif. 94102

94102/3568 i