St. Nehemiah Spiritual
Church in God (Allah) and Christ,
21863 - Vallejo Street, Room #8-B
Hayward, California 94541-2523
(510) 538-3811 & (510) 538-7032
   Representing Jesus Christ
in Pro. Per.

Case # C07-04426-JL SBA

Dear Court Clerk,

This letter is the 3rd in a series of letters requesting a status report of all of my legal papers sent to this court.
   Please respond to this letter. Thank You.

Sincerely

St. Nehemiah
   Plantiff

P.S.
I sent by return mail, $4.10 worth of stamps for a free —oOo— rule book and other papers.