1. St. Nehemiah Spiritual
2. Church in God
3. 21863-Vallejo St. #8-B
4. Hayward, Calif. 94541-2523
5. (510) 538-3811 + (510) 538-7032
6. Representing Jesus Christ
7. In Pro. Per.
8.
9.     United States District Court
10.
11.     Northern District of California
12.
13. St. Nehemiah, D. Muhammed
14. David Dewitt (Spirit)
15.     Plaintiffs      #C07-04426-SBA
16.   -VS-
17.                                    Crimal Com-
18. Luther Carlos Harris (Killer)   Plaint. for
19. John Doe 1-17                    Violation of
20.                 Defendants    California Penal
21.                                       Code § 187 +
22.            -oOo-                Robbery 211.
23.    Plaintiff accuse Luther Carlos Harris
24. with the murder of plaintiff David Dewitt,
25. a human being. Stabbing him to death, and
26. taking his medication, to wit: Pills. A
27. violation of both California Section 187
28. and 211. Said crime was committed

                                        -1-

FILED
OCT 10 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1. at 1925 Grove Street, in the city of
2. Oakland, County of Alameda, State of
3. California in 1973, February 9th 1973.
4. -o0o-
5. Pursuant to the Civil Rights complaint
6. on file with this court dated August
7. 27, 2007 on page 3 of 4, paragraph 23,
8. Plaintiff amend his complaint to include
9. the above crime.
10. -o0o-
11. Plaintiffs, David M. Nehemiah, and
12. David Dewitt, request this court to
13. issue an arrest warrant, directing
14. Defendant Howard Jordan, Chief of
15. Oakland Police Department to investi-
16. gate the matter, for trial in Jesus name.
17. -o0o-
18. "Declaration"
19.
20. I, the undersigned declare under
21. penalty of perjury that the foregoing in-
22. formation is true and correct.
23.
24. By:
25.
26. St. Nehemiah D. Mohammed
27. Plaintiff
28.

-2-

"Certificate of
Service By Mail"
Declaration

I, the undersign hereby certify that I am the plaintiff in this matter. That on the 9th day of October 2007, at about 2:00 PM, I served by U.S. mail a true and correct of the attached document on the following defendants, to wit: (1.) Howard Jordan assistant Chief of Police for the Oakland Police Department, at 450 7th Street (8th & Broadway) Oakland California 94612, and (2.)

-oOo-

George Nicholson, former deputy District Attorney, c/o Alameda County District Attorneys office at 1225 Fallon Street (2nd Floor) Oakland California

I declaration under penalty of perjury that the forgoing is true and correct.

By:
St. Nehemiah, D. Mohammed
Plaintiff

-3-