1. St. Nehemiah Spiritual
2. Church in God
3. 21863-Vallejo St. #8-13
4. Hayward, Ca. 94541-2523
5. (510)538-3811 + (510)538-7032
6. Representing Jesus
7. Christ IN Pro. Per.
8.
9. United States District Court
10. Northern District of California
11.
12. St. Nehemiah, D. Mohammed
13. James F. Davis (Brother) Spirit
14. Johnny May Davis (Brothers wife)
15.
16.                    Plaintiffs          CV07-04426-SBA
17.        -VS-
18.                                        Criminal
19. Freddy Pain, Chilly Red               Complaint to
20. Rosy Ziller (Killers)                 Civil Rights
21.                                        Complaint Request
22.                    Defendants          Amendment
23.
24.
25.           -oOo-
26. Pursuant to the Civil Rights Complaint
27. on file with this court, dated ~~10/10/07~~
28. August 27, 2007, Plaintiff request permission

-1-

1. to amend his complaint to include a
2. Criminal complaint, to wit:
3.     James F. Davis, and Johnny May Davis
4. murdered by freddy Rain, Chilly Red
5. Rosy Ziggler, a violation of California
6. Penal Code Section 187.
7.           -oOo-
8.     Plaintiff request this Court to issue
9. an Arrest warrant, Defendant Howard
10. Jordan assistant Chief of Police for the
11. Oakland Police Department to investigate
12. and for Defendant Alameda County District
13. Attorneys Office to conduct a criminal
14. Trial.
15.        "Declaration"
16.     I declare under penalty of Perjury
17. for the State of California that the foregoing
18. is true and correct.
19.           By;
20.
21.       St. Nehemiah, D. Mohammed
22.          Plaintiff.
23.
24.
25.         -oOo-
26.
27.
28.         -2-

Certificat of Service
By mail

I, St. Nehemiah, D. Mohammed the undersign hereby certify that I am the plaintiff in this case, that on October 9th 2007 I served by U.S. mail a true and correct copy of the attached document on the defendants, to wit: Howard Jordan Assistant Chief of Police for the Oakland Police Department, 450 - 7th Street (8th & Broadway) Oakland, Ca. 94612. and

—oOo—

George Nicholson, (former deputy D.A.) c/o Alameda County District Attorney's Office, 1225 - Fallon Street (2nd floor) Oakland, Calif. 94612, by placing said copies in a pre-postage paid envelope addressed to those defendants and deposited in the U.S. mail at St. Therese Conv. Hospital, 21863 - Vallejo Street Hayward California 94563.

Declaration

I declare under penalty of perjury that the foregoing is true and correct.

Dated 10/9th 2007        By
                         St. Nehemiah, D. Mohammed
        -3-              Plaintiff