1. St. Nehemiah Spiritual
2. Church of God
3. 21863-Vallejo St. #8-B
4. Hayward, Ca. 94541-2523
5. (510) 538-3811 + (510) 538-7032
6. Representing Jesus
7. Christ IN Pro. Per
8.

FILED
OCT 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9.　　　United States District Court
10.　　Northern District of California
11.

| 12. St. Nehemiah, D. Mohammed; | #CV07-04426- |
| 13. Deborah Marie Davis, (daughter) | SBA |
| 14.　　　　　Plaintiffs. | Amended |
| 15.　　-VS- | Civil Rights |
| 16. Rose Marie Davis, (mother) | Complaint |
| 17.　　　　Defendant | Seeking |
| 18. | permission |
| 19.　　-oOo- | to proceed |

20. Date: 10/30/07
21. Time: 9:00 Am
22. Place: Saundra B. Armstrong
23.
24.　　　-oOo-
25.
26.
27.
28.
　　　　　　　　-1-

1. Pursuant to plaintiff's complaint on file
2. with this court dated August 27, 2007,
3. Case # C07-04426-JL, on page -3-
4.     Plaintiff move this court for permission
5. to admend his complaint to include the
6. following facts, to wit:
7.
8.     Just before defendant Rose Marie
9. Davis conceived our first child, Deborah
10. Marie Davis, She informed me of the fact
11. that she was physically unable to have
12. children.
13.     We first met at a gas station on
14. East 14th Street, in the city of Oakland.
15. After a breif conversation, I followed
16. her home at 1001 90th Avenue, were
17. we had sex. I didn't know it at that
18. time that I am Jesus Christ's chief
19. Spiritual Angel, and that plaintiff
20. Deborah Marie Davis is and was at all
21. times mentioned herein, a miracle birth.
22.     I declare under penalty of perjury
23. that the foregoing is true and correct.
24.                     By:
25.
26. Dated: 10/15/07   St. Nehemiah, D. Mohammed
27.                           Plaintiff
28.

-2-

"Certificat of Service"

I, St. Nehemiah, D. Mohammed hereby certify that, I am the plaintiff in this case, that on 17th day of October 2007, I mailed the original and two copies of the attached document to the clerk of the U.S. Northern District Court, ~~450 Golden Gate Avenue~~ 1301 - Clay Street 400S Oakland California 94612-5212, by depositing said legal pappers in a sealed envelope pre-paid at St. Therese Conv. Hospital 21863 - Vallejo Street, Hayward California 94541-2523.

I declare under penalty of perjury that the foregoing is true and correct.

By;

St. Nehemiah, D. Mohammed
Plaintiff

Dated: 10/15/07

-3-