1. St. Nehemiah Spiritual
2. Church in God
3. 21863-Vallejo St. #8-B
4. Hayward, Ca. 94541-2523
5. (510)538-3811 + (510)538-7032
6.     Representing Jesus
7. Christ IN Pro. Per.
8.
9.     United States District Court
10.     Northern District of California
11.
12. St. Nehemiah, D. Mohammed, | #CV07-04426-SBA
13.     Plaintiff. | Plaintiff's
14.     -VS- | Motion For An
15. George Nicholson, former D.A., | Order to own,
16. Alameda County District | possess, control,
17. Attorney's Office | receive, or
18. Officer Howard Jordan, | purchase
19. Assistant Chief of Police | Firearms. And
20. Oakland Police Department | Name Change
21.     Defendants | Date: 10/30/07
22. | Time: 9:00 Am
23. | Place Honorable
24. | Sandra Brown
25. | Armstrong
26.
27.     —oOo—
28.

    -1-

**FILED**
OCT 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1.
2. Plaintiff hereby move this Honorable
3. Court for an Order permitting him to
4. own, possess, control, receive, or purchase
5. firearms, under the (2nd) Second Amendment to
6. the U.S. Constitution Name Change
7.     Plaintiff further move this court to
8. legally change his name from David
9. Nehemiah Mohammed, to David
10. Mohammed Nehemiah, as ordered by his
11. Lord God Jesus Christ.
12.     aka. King David
13.     aka. Minister Mohammed
14.     aka St. Nehemiah
15.
16.     I declare under penalty of perjury
17. that the foregoing is true and correct.
18.
19.                 By;
20.         St. Nehemiah, D. Mohammed
21.             Plaintiff/movant
22.
23.
24.
25.
26.
27.
28.

-2-