1. St. Nehemiah Spiritual
2. Church in God
3. 21863-Vallejo St. #8-B
4. Hayward, Ca. 94541-2523
5. (510) 538-3811 + (510) 538-7032
6. Representing Jesus
7. Christ In Pro. Per.
8.
9.       United States District Court
10.       Northern District of California
11.
12. St. Nehemiah, D. Mohammed
13.                             #CV07-04426-SBA
14.            Plaintiff
15.      -VS-                Alledged Facts
16.                             Amended to Civil
17. George W. Bush, U.S.     Rights Complaint
18. President, et. al.,
19.
20.            Defendants
21.
22.          -oOo-
23.     Pursuant to Civil Rights Complaint on
24. file dated August 27, 2007, on page 7
25. paragraph XXII, line 17 To: defendant
26. George Bush, President of the united
27. States of America.
28.

                         -1-

FILED
OCT 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1.
2. <u>"Statement of the Allegation"</u>
3. Plaintiff allege that you:
4. Give us land in the U.S. payment
5. for pass slavery in America, etc...
6. -ooo-
7. "Statement of the"
8. Allege facts
9.
10. Plaintiff allege on information and
11. belief, and based upon that information
12. believe that:
13. Since our being brough in chains
14. to the sores of the United States of America
15. the (So-Call Negro) our brain power, labor,
16. skills, talent and wealth have been taken,
17. given and spent toward bulding and adding
18. to the civilization of another people.
19. Plaintiff allege that, the acquisition of
20. land has been the factor for more wars than
21. any other cause. Economists agree that in
22. order for any type of nation system, cap-
23. italism or communism, democracy or totala-
24. litarian or what have you, to exist and have
25. a degree of indepence there must be
26. owership of land.
27.
28.                        -2-

1.     Plaintiff allege that; we so-call-
2. Negros were brough here to work. We
3. have worked, we are still working as
4. mental slaves. It was God (Allah) who
5. gave me my divine name "Mohammed"
6. from this name alone our open enemies
7. (the white race) know that the true
8. and living God has come into your midst
9. and is doing a divine work. Because you
10. know that Islam was/is our original
11. religion our civilization and our way of
12. life.
13.     Plaintiff further alleges that; your
14. America has been number one on our God
15. (Allah) list for total distruction for a long
16. time. Even in our prophecy of Moses,
17. Isaac, Habakkab and Jesus. Your
18. America destruction has been comming
19. gradually for the past 34 years.
20.     Plaintiff allege that; you Mr. George
21. W. Bush, must understand that the whole
22. western Hemisphere belongs to the
23. darker people, and that Europe was
24. given to the white race.
25.     Plaintiff allege that; the white race
26. from Europe being loose to deceive our
27. father (Black race) and brough us to
28. into slavery here in America and were loose

-3-

1. to deceive the Nation of the earth,
2. refer to this time A.D. 1555 to 1955
3. when John Hawkins deceived our
4. (Black race) fathers and brought us into
5. slavery here in America.
6.     Finally, plaintiff alleges that,
7. everywhere white people has gone on
8. our planet, you have either found the
10. original Black man or sign that we
11. had been there previously. The Bible
12. and Holy Quran bears witness to the
13. above facts. Our Holy Quran and scriptures
14. repeatly challenges the white race to
15. point out any part of our heaven and
16. earth that you created. It further
17. teachers that you are not your own
18. creators. We, the Black man created
19. you from a small life germ, the soft
20. pronon we used nearly throughout our
21. Holy Quran makes the knowledge of
22. the original man much more clearer and
23. more intelligent of how the white race
24. creation took place.
25.     I declare under penalty of perjury
26. that the foregoing is true and correct.
27.     By
28. Dated 10/12/07    St. Nehemiah, D. Mohammed
    Plaintiff

-4-

"Verification"

I, the undersign hereby declare that; I am the plaintiff, that I had read the attached document, and know the contence thereof, that it is is true and correct.

By;
St. Nehemiah, D. Mohammed
Plaintiff-

Dated: 10/12/07
Time: 10:30 pm
Place: Hospital

-5-

Certificate of Service
By U.S. mail

I, St. Nehemiah, D. Mohammed hereby certify that I am the plaintiff in this case, that on the 17th day of October 2007, I served by U.S. mail a true and correct copy of the attached legal document on defendant, George W. Bush, President of the United States, White House, in Washington D.C., by depositing said papers in a pre-paid envelope at St. Therese Conv. Hospital 21863 - Vallejo Street, Hayward California 94541-2823 mail basket.

I declare under penalty of perjury for the State of California that the foregoing is true and correct.

By:

St. Nehemiah, D. Mohammed
St. Nehemiah, D. Mohammed
Plaintiff

-6-