1. St. Nehemiah Spiritual
2. Church of God
3. 21863-Vallejo St. #8-B
4. Hayward, Ca. 94541-2523
5. (510) 538-3811 + (510) 538-7032
6. Representing Jesus
7. Christ IN Pro. Per
8.
9.        United States District Court
10.      Northern District of California
11.
12. St. Nehemiah, D. Mohammed
13.          Plaintiff
14.     -VS-             #CV07-04426-
15. Luther Carlos Harris, (Killer)   SBA
16. George W. Bush, U.S.
17. President, George Nicholson   Certificate
18. (former D.A.) George T. Hart   of Service
19. O.P.D. former Chief, Officer
20. Howard Jordan, Assistant
21. O.P.D. Chief
22.
23.              Defendants
24.
25.    "Proof of Service
26.       By mail "
27.
28.            -1-

FILED
OCT 19 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1.
2. I, hereby certify that, I am
3. the plaintiff in this case, that
4. on the 18th day of October 2007,
5. I mailed copies on the above
6. captioned Defendants, by depositing
7. "Plaintiff's motion for An Order
8. to Own, possess, control, receive
9. or purchase firearms, And
10. Name Change - Date 10/30/07
11. Time: 9:00 AM Place Honorable
12. Sandra Brown Armstrong,
13. Said legal papers in a Pre-Paid
14. Sealed envelope, and placed in
15. the U.S. mail basket here at
16. St. Therese Conv. Hospital,
17. 21863 - Vallejo Street, Hayward
18. California 94541-2523.
19. "Declaration-"
20. I declare under penalty of
21. perjury that the foregoing is
22. true and correct
23.                         By:
24.
25.               St. Nehemiah D. Mohammed
26.                         Plaintiff
27.
28.

-2-