1. St. Nehemiah Spiritual
2. Church of God in Christ
3. 21863 Vallejo St. #8-B
4. Hayward, Ca. 94541-2523
5. (510) 538-3811 & (510) 538-7032
6. Angel, Representing Jesus
7. Christ IN Pro. Per.
8.

FILED
OCT 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9. United States District Court
10. Northern District of California
11.

| | |
|---|---|
| 12. St. Nehemiah, D. Mohammed; | |
| 13. Plaintiffs | CV07-04426-SBA |
| 14. -vs- | |
| 15. | |
| 16. Thomas Orloff, Attorney, | Request for |
| 17. Alameda County District | A Postponment |
| 18. Attorneys Office, | of Conference |
| 19. Wayne Ricker Chief | Due TO A |
| 20. Oakland Police Department | Doctor Appoint- |
| 21. George W. Bush, U.S. | ment. And |
| 22. President, | Permission to add |
| 23. Defendants | two Defendants. |

24.       -oOo-
25.
26. This action having been reassigned to
27. the Honorable Sandra Brown Armstrong.
28.

-1-

Plaintiff request this court to rule on his "motion for a continuance Order of Case management Conference" because plaintiff is unable to represent himself at said Conference properly.

Plaintiff would be unable to attend the December 6th, 2007 date listed in the Order Setting Initial Case Management Conference due to the fact that he has a doctors appointment at Alameda County Medical Center at Highland Hospital. (Read Exhibit "A" attached hereto)

## "Certificate of Service"

I, the undersigned plaintiff certify that I am the plaintiff in this case, that on the 24th day of October 2007, I served a true and correct copy of this attached legal document, by placing said copy in a postage paid sealed envelope addressed to the person, to wit: Mr. Thomas Orloff, Alameda County District Attorney's Office, 1225 Fallon Street, Oakland California 94612, and Mr. Wayne Ricker, Chief of the Oakland Police Department, 450 7th Street Oakland California 94612, by placing said copies

-2-

1. in the U.S. mail basket here at St.
2. Therese Conv. Hospital, 21863-Vallejo
3. Street, Hayward California 94541-2523
4. "Declaration"
5. I declare under penalty of perjury
6. for the State of California, that the
7. foregoing is true and correct.
8.
9. Dated: 10/23/07 A.D.   By
10. Time: 1:13 PM   St. Nehemiah, D. Mohammed
11. Place: Hospital   Plaintiff
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.   1./ Plaintiff request permission to add the
26. above captioned Defendants in place of George T.
27. Hart former O.P.D. Chief, and George Nicholson,
28. former Deputy District Attorney

-3-

EXHIBIT "A"

**ALAMEDA COUNTY MEDICAL CENTER**
**HIGHLAND HOSPITAL**
**ORTHOPEDIC CLINIC - 7th Floor K Building**
AMBULATORY CARE APPOINTMENT SLIP
Arrive 30 minutes prior to your appointment to register

Translator Needed ☐ Yes ☐ No   Language _____
Dr. _Punt_
(1 ②  3  4  5  6 weeks or 2  3 months)   Ortho ☒  Hand ☐   Pre-op: Yes ☐  No ☐
Date: _12·6·07_   Today's Date: _10·4·07_   Chronic ☒ / Routine ☐  Specific Date ☐
Time _8:30_   Patient Phone: _____

MOHAMMED, DAVID
AKA DAVIS, NEHEMI
1009013069 MR 00226919
04/14/42 M ENGLISH HOR
ADM DT 10/04/07  R

**TO KEEP YOUR APPOINTMENT:**
- YOU MUST CALL 437-8500 3 DAYS BEFORE YOUR APPOINTMENT TO CONFIRM YOUR APPOINTMENT TIME.
- IF YOU DO NOT CALL TO CONFIRM YOUR APPOINTMENT, IT WILL BE CANCELLED.
- YOU CAN ALSO CALL 437-8500 TO CHANGE YOUR APPOINTMENT OR CANCEL YOUR APPOINTMENT AT ANY

-4-