1. St. Nehemiah Spiritual
2. Church of God
3. 21863 - Vallejo St. #B-13
4. Hayward, Ca. 94541-2523
5. (510) 538-3811 + (510) 538-7032
6. Angel, representing
7. Jesus Christ IN Pro. Per.
8.
9.    United States District Court
10.    Northern District of California
11.

FILED
OCT 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| 12. St. Nehemiah, D. Mohammed, | |
| 13. et.al.,  Plaintiffs | |
| 14.    -Vs- | *CV07-04426-SBA |
| 15. | |
| 16. Luther Carlos Harris (Killer) | Affidavit of |
| 17. George W. Bush, U.S. President | the Plaintiff |
| 18. George Nicholson, (former D.A.) | |
| 19. George T. Hart, former O.P.D Chief | |
| 20. Alameda County District Attorneys | |
| 21. Office, John Doe 1-17, | |
| 22.    Defendants | |
| 23. | |

25.    "Statement"
26.
27.  I, David Mohammed Nehemiah, depose
28. and say on his own oath that;

    -1-

1.
2.
3. On or in the month of September
4. 1973, while an inmate at Alameda County
5. Jail, (1225 Fallon Street) awaiting my first
6. jury trial for murder of mr. David Dewitt,
7. Ben Powell, in the presence of my
8. Public Defender, Robert Belis, told me
9. (Nehemiah (Neil) Davis Jr.) that; I was
10. innocent of the crime charged (187 P.C.),
11. that; Luther Carlos Harris was the killer,
12. together with four or five others over his
13. medication; that; that he was a federal Prisoner
14. from Lompoc, that; George Nicholson (former
15. D.A. of Alameda County District Attorneys
16. Office ~~~~~~~ threaten him with more time
17. in prison if he testify in my favor.¹/
18.         "Declaration"
19.    I declare under penalty of perjury
20. for the State of California, that the foregoing
21. is true and correct.
22.             By:
23.
24.         St. Nehemiah, D. Mohammed
25. Dated: 10/20/07
26. Time: 10:07 pm        Plaintiff
27. Place: Hospital
28.    ¹/ Please refer to the complaint on page
    -5- paragraph VI - ~~~~ VIII and page -6- XIX

-2-

"Certificate of Service"

I, the undersign certify that on the 24th day of October 2007, I mailed the attached Affidavit of the Plaintiff to the defendants set forth in the caption by depositing said document in the U.S. mail at St. Therese Conv. Hospital, 21863-Vallejo Street Hayward California 94541 with prepaid postage self address envelope.

I declare under penalty of perjury that the foregoing is true and correct.

By:

St. Nehemiah, D. Mohammed
Plaintiff

—oOo—

-3-