1. St. Nehemiah Spiritual
2. Church of God in Christ
3. 21863-Vallejo St. #8-B
4. Hayward, CA. 94541-2523
5. (510) 538-3811 + (510) 538-7032
6. Angel, representing
7. Jesus Christ IN Pro. Per.
8.
9.        United States District Court
10.        Northern District of California
11.
12. St. Nehemiah, D. Mohammed,
13.          Plaintiff.
14.        - VS -       #CV07-04426
15. Luther Carlos Harris (Killer)      SBA
16. George T. Hart, (OPD Chief)      2nd
17. Officer, Wayne Tucker Chief      Second
18. Oakland Police Department,      Affidavit
19. George Nicholson, (former D.A)      of Plaintiff
20. Chief, Attorney Thomas Orloff,
21. Alameda County District
22. Attorneys Office,
23.         Defendants
24.
25.         -oOo-
26. On or about the 9th day of February
27. 1973, I was arrested by a member of
28. George T. Hart's Oakland

-1-

1. Police Department, illegally and unlaw-
2. fully imprisoned for a crime, a violation
3. of California 187, I did not committe
4. in violation of the 8th Amendment of the
5. United States Constitution. The statement
6. I gave was in violation of my right
7. against self incrimination, in violation
8. of the 5th Amendment to the U.S.
9. Constitution. Taking my property by
10. George Nicholson, former D.A. was
11. illegal, in violation of the 4th Amen-
12. dment, and 14th Amendment to the
13. U.S. Constitution. Not allowing the
14. lie detector test to come in at
15. trial, deprived me of my right to
16. present evidence in my favor, and
17. not allowing Ben Powell to testify
18. in favor of me (Defendant) also
19. deprived me of a fair trial, a violation
20. of the 5th Amendment.
21.         I declare under penalty of
22. perjury that the forgoing is true
23. and correct.
24.                         By:
25. Dated: 10/23/07
26. Time: 6:25 PM        St. Nehemiah, S. Mohammed
27. Place: Hospital           Plaintiff
28.

-2-

"Certificate of Service"
By U.S. Mail

I, the undersigned certify that; I am the plaintiff in this case # CV07-04426-SBA, that on the 24th day of October 2007, I served the attached 2nd Second Affidivat of Plaintiff, true and correct copy on the above captioned defendants, by placing said legal document in a sealed prepaid, self addressed envelope and deposited in the U.S. mail basket here at St. Therese Conv. Hospital, 21863- Vallejo Street, Hayward California 94541.

I declare under penalty of perjury for the State of California that the foregoing is true and correct.

By;
St. Nehemiah, D. Mohammed
Plaintiff

Dated: 10/23/07 AD
Time: 6:40 PM
Place Hospital

-3-