1. St. Nehemiah Spiritual
2. Church of God in Christ
3. 21863-Vallejo St. #8-B
4. Hayward, Calif. 94541-2523
5. (510) 538-3811 + (510) 538-7032
6. Angel, representing
7. Jesus Christ IN Pro. Per.
8.

**FILED**
OCT 29 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9. United States District Court
10. Northern District of California
11.
12. St. Nehemiah, D. Mohammed,
13.              Plaintiff
14.      -VS-
15.
16. Luther Carlos Harris (Killer)
17. Wayne Acker, Chief
18. Oakland Police Department
19. George T. Hart former OPD
20. Chief
21. Thomas Orloff, Chief Attorney
22. Alameda County District Attorneys
23. Office, George Nicholson
24. former Deputy District Attorney
25.
26.              Defendants
27.
28.

#CV07-04426-SBA

Certificate of Service By US Mail

—1—

1.
2.    I, the undersigned person
3. herby certify that, I am the person
4. in this case #CV07-04426-SBA,
5. that, on the 27th day of October 2007,
6. I served the attached Certificate
7. of service By U.S. mail, true and
8. ~~copy of the~~ correct copy of the
9. Civil Rights complaint, and the two
10. waiver of service of summons, plus
11. Notice of lawsuit and Request for
12. waiver of service of summons, on
13. the captioned defendants, to wit
14. (a) Officer Wayne Picker Chief of
15. Oakland Police Department and;
16. (b) Mr. Thomas Orloff Attorney
17. Alameda County District Attorneys
18. Office, by placing said legal papers
19. in a sealed prepaid self addressed
20. envelope and deposited in the
21. U.S. mail basket here at St. Therese
22. Conv. Hospital.
23.    I declare under penalty of
24. perjury that the foregoing is true
25. and correct.
26.                          By:
27. Dated 10/26/07 St. Nehemiah, D. Mohammed
28.                          -Plaintiff-

-2-



St. Nenemiah Spiritual
Church of God in Christ
21863-Vallejo St. #8-B
Hayward, Ca. 94541-2823

#CV07-04426-SBA  TO: Clerk of the Court
U.S. Northern District
1301-Clay Street 400S
Oakland, Ca. 94612-8212