E-filing

St. Nehemiah, D. Mohammed
21863 - Vallejo St. # 8-B
Hayward, Ca. 94541-2523
(510) 538-3811 + (510) 538-7032
Angel, representing Jesus
IN Pro. Per.

**FILED**
NOV -1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

St. Nehemiah, D. Mohammed
  Plaintiff(s),
v.
Lutner Carlos Harris, (Killer)
  Defendant(s).

No. C07-04426
CV07-04426-SBA

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 10/30/07

Signature: Nehemiah, D. Mohammed
Counsel for Pro. Per.
(Plaintiff, Defendant, or indicate "pro se")

1. "Certificate of Service"
2.
3. I, the undersigned hereby certify that
4. I am the plaintiff in this case CV07-04426-SBA
5. that on the 31st day of ~~November~~ October 2007, I
6. mailed the original and two copies of the
7. "Declination to Proceed Before A
8. Magistrate Judge And Request
9. for Reassignment to A United
10. States District Judge", ~~[crossed out]~~
11. to the Clerk of the Court, and served
12. one copy of said document on the following
13. defendants, to wit: Mr. Wayne Ricker
14. Chief of the Oakland Police Department,
15. and Mr. Thomas Orloff, Chief Attorney
16. of the Alameda County District Attorneys
17. Office, by placing said legal papers in
18. a pre-paid envelope and deposited in
19. the U.S. mail basket here at St.
20. Therese Conv. Hospital.
21.     I declare under penalty of
22. perjury that the forgoing is true
23. and correct.
24.                  By,
25.        St. Nehemiah, D. Mohammed
26. Dated: 10/30/07      Plaintiff
27. Time: 7:43 PM
28. Place: Hospital

St. Nehemiah Spiritual
Church of God
21863-Vallejo St #8-B

#CV07-04426-SBA

To: Clerk of the Court
Northern District of California
1301-Clay Street 4/00 S
Oakland, Calif. 94612-5212

