1. St. Nehemiah, D. Mohammed
2. 21863-Vallejo St. #8-B
3. Hayward, Calif. 94541-2523
4. (510)538-3811 + (510)538-7032
5. Angel, representing
6. Jesus Christ IN Pro. Per.
7.
8.        United States District Court
9.        Northern District of California
10.
11. St. Nehemiah, D. Mohammed,
12.           Plaintiff
13.     -vs-          C07-04426-SBA
14.
15. Luther Carlos Harris,   Motion to
16. George W. Bush, U.S.   Dismiss
17. President               Captioned
18. George T. Hart, L. Wilson  Defendants
19. of the Oakland Police     from
20. Department Rose Marie    Complaint
21. Davis, Wayne Pucker
22. Chief Oakland Police     Certificat of
23. Department, Officer Howard Service
24. Jordan Assistant Chief of Police
25. Oakland Police Department,
26.
27.              Defendants
28.

FILED
DEC - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1. Plaintiff move this court for an
2. Order dismissing his Law Suit against
3. the above mentioned defendants on
4. the grounds he can not prove a Violation
5. of his Constitutional Rights.
6.     Defendant Thomas Orloff, Chief
7. Attorney, Alameda County District Attorneys office
8. is D. Lowell Jensen successor in Office, who
9. inherit Deputy District Attorney, George
10. Nicholson Violation of Plaintiff Civil Rights
11. mentioned in his 2nd Second Affidivat of
12. Plaintiff filed on October 25, 2007, Statment.
13.
14. Dated 11/30/07
15.
16.     St. Nehemiah D. Mohammed
17.         Plaintiff In Pro. Per.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

-2-