**FILED**
DEC - 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court

Northern District of California

aka Nehemiah (Neal) Davis Jr.,
St. Nehemiah, D. Mohammed
     Plaintiff-

 - vs -

Thomas Orloff, District
Attorney of Alameda County
George Nicholson, former
Deputy District Attorney.
    Defendants

C07-04426-SBA

Certificate of Service

-oOo-

I, the undersigned person hereby certify that, I am the plaintiff in this case, that, on the 3rd day of December 2007, I served by U.S. mail a true and correct copy of the attached Clerks Notice and motion to Dismiss Captioned Defendants from Complaint. on Mr. Thomas Orloff, District Attorney of Alameda County, 1225-Fallon Street Oakland, California 94612,

-1-

1.
2.
3. by placing said copies in a sealed
4. pre-paid envelope and deposited in
5. the U.S. mail basket here at St. Therese
6. Conv. Hospital.
7.
8. I declare under penalty of
9. perjury that the foregoing is true and
10. correct.
11.                         By:
12.                     St. Nehemiah, P.
13.                     Mohammed, Plaintiff
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

FILED

NOV 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED,<br><br>     Plaintiff,<br><br>v.<br><br>HARRIS ET AL,<br><br>     Defendant.<br>_____ / | No. C 07-04426 SBA<br><br>**CLERK'S NOTICE** |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action, and initiate the telephone conference call. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

    YOU ARE HEREBY NOTIFIED THAT due to the unavailability of the Court, the Case Management Conference set for December 6, 2007, has been continued to, January 31, 2008, at 2:45 p.m., via telephone.

  Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.

Dated: 11/29/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: /s/ Lisa R. Clark
LISA R. CLARK
Courtroom Deputy

To:

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED et al,

    Plaintiff,

v.

HARRIS et al,

    Defendant.

Case Number: CV07-04426 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nehemiah D. Mohammed
21863 Vallejo Street, Room 8-B
Hayward, CA 94541

Dated: November 29, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

2