St. Nehemiah, D. Mohammed
21863-Vallejo St. #8-B
Hayward, Ca. 94541-2523
(510) 538-3811 & (510) 538-7032
Plaintiff IN Pro. Per.

Lisa Clark, Courtroom Deputy
U.S. Northern District Court Clerk,
1301-Clay Street 400S
Oakland, Calif. 94612-5212
(510) 637-3530

ORIGINAL FILED
DEC 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

12/08/07

Re: CV07-04426-SBA

Dear Lisa;

I am a patient here at St. Therese Conv. Hospital. My social worker, Rico informed me that the ~~Hospitad~~ Hospital dose not have a Three way conference call telephone system to conduct a case management conference as ordered via telephone on January 31, 2008 at 2:45 pm, by the Court Judge.

Therefore, I Request for Reassignment To A United States District Judge as requested in my legal document entitled Declination To Proceed Before a Magistrate Judge! Sincerely By;
1./ filed 11/1/07   St. Nehemiah, D. Mohammed




David M. St. Nehemiah III
2186 ___ st Rm 8B
Hayward CA 94541

# COPY
CV07-04426-SBA

OAKLAND CA 946
10 DEC 2007 PM 10 T

Lisa R. Clark, Court Clerk,
U.S. Northern District Court
1301-Clay Street 400S.
Oakland, Calif. 94612-5212

9461245212