St. Nehemiah, D. Mohammed
21863 - Vallejo St. #8-B
Hayward, Calif. 94541-2523
(510) 538-3811 + (510) 538-7032
Angel, representing Jesus Christ IN Pro. Per.

FILED
JAN 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court

Northern District of California

| | |
|---|---|
| St. Nehemiah, D. Mohammed,<br>Plaintiff,<br>- vs -<br>Thomas Orloff, District Attorney of Alameda County,<br>George Nicholson, former Deputy District Attorney<br>Defendants | # CV07-04426-SBA<br><br>Motion To Dismiss |

Plaintiff move this court for an order dismissing his case against the defendants especially George Nicholson on the

-1-

grounds that the BIBLE Lord Prayer require us christians to ... forgive those who trespass against us ...

By: Nehemiah, D. Mohammed
Plaintiff

"Certificate of service"

I the undersign hereby certify that I am the plaintiff in the above case that on the 14th day of January 2008, I served by U.S. mail a true and correct copy of the attached motion To Dismiss of the defendant Thomas Orloff, 1225-Fallon Street Oakland, California 94612, by placing said document in a postage paid self address envelope and deposited here at St. Therese Hospital mail basket.

I declare under penalty of perjury that the foregoing is true and correct.

By:
St. Nehemiah, D. Mohammed
Plaintiff IN Pro. Per.

1/13/08

-2-