**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| NEHEMIAH D. MOHAMMED, | No. C 07-4426 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 33] |
| LUTHER CARLOS HARRIS, *et al.*, | |
| Defendants. | |

Before the Court is plaintiff Nehemiah D. Mohammed's motion to dismiss his case [Docket No. 33]. The Court construes this as a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). The motion is GRANTED. The Clerk of Court is directed to close the case file and any pending matters related to it.

IT IS SO ORDERED.

January 18, 2008

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MOHAMMED et al,

        Plaintiff,

v.

HARRIS et al,

        Defendant.

Case Number: CV07-04426 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nehemiah D. Mohammed
21863 Vallejo Street, Room 8-B
Hayward, CA 94541

Dated: January 22, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2